NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN A. TYSON,<br><br>          Petitioner,<br><br>   vs.<br><br>ROBERT K. WONG, Warden,<br><br>          Respondent. | No. C 10-00683 JF (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br><br><br>(Docket No. 5) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed.  Respondent has filed an answer.  Petitioner now moves for an extension of time to file a traverse.  Good cause appearing, Petitioner's motion (Docket No. 5) is GRANTED.  Petitioner shall file a traverse **no later than September 16, 2010.**

This order terminates Docket No. 5.

IT IS SO ORDERED.

DATED:  8/2/10

_____
JEREMY FOGEL
United States District Judge

Order Granting Motion for Ext. Of Time to File Traverse
P:\PRO-SE\SJ.JF\HC.10\Tyson00683_eot-trav.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MORGAN A. TYSON,

        Petitioner,

  v.

ROBERT K. WONG, Warden,

        Respondent.

Case Number: CV10-00683 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/11/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Morgan A. Tyson C-81713
CA State Prison-Solano
P.O. Box 4000
18-129L
Vacaville, CA 95696

Dated: 8/11/10

                                                Richard W. Wieking, Clerk